# HOGAN & CASSELL, LLP
### ATTORNEYS & COUNSELORS AT LAW
500 NORTH BROADWAY
SUITE 153
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.hogancassell.com

SHAUN K. HOGAN+
MICHAEL D. CASSELL■

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, SUITE 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700

+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY

September 28, 2012

**BY ECF**
Hon. Denis R. Hurley, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Matthew Prince v. County of Nassau, et al.
    08 CV 1829 (DRH) (AKT)

Dear Judge Hurley:

Approximately two weeks ago, Your Honor provided an Order to unseal Mr. Prince's case that led to the issuance of the bench warrant on June 22, 2007. Defendants' attorneys indicated that they would provide a copy of the file to me as soon as they obtained it. When I inquired as to the status of the production of a copy of the file, however, Ms. Napolitano indicated that she had presented Your Order, but the Clerk of the First District Court would not produce it. While this struck me as odd, given the potential sanctions for disobeying a Federal District Court Judge's Order, other matters in this trial have demanded my immediate attention. I note that I attempted to contact Ms. Napolitano about the status of the production on two occasions earlier today, but she has not yet responded. Significantly, Plaintiff is reluctant to rest his case, without first seeing the contents of the file. Accordingly, Plaintiff respectfully requests an Order directing Defendants to immediately produce the file (if they have obtained it) and, if not, an Order that would permit me to obtain a copy of this file.

Thank you for Your Honor's consideration.

Respectfully submitted,

HOGAN & CASSELL, LLP

Shaun K. Hogan

cc: Donna Napolitano, Esq.